Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOY RACER, INC.,<br><br>      Plaintiff,<br>  v.<br><br>DOES 1-73,<br><br>      Defendants. | No. CV-11-02534 MEJ<br><br>**STIPULATION;** ~~[PROPOSED]~~ **ORDER** |

**STIPULATION; [PROPOSED] ORDER**

In the wake of the Court's Order Granting Plaintiff's *Ex Parte* Motion for Expedited Discovery [DKT# 7] (hereinafter "the Order"), Plaintiff Boy Racer, Inc. and a third-party Internet Service Provider, Comcast Corporation (hereinafter "Comcast"), made the following negotiated stipulation with regards to subscriber response timelines:

> All subscribers linked directly to Internet Protocol Addresses (hereinafter "IP Addresses") referenced on Exhibit A of the Complaint (DKT#1 at 13) that have been issued by the Internet Service Provider Comcast shall be given **30 days** to file any motions related to or challenging the subpoenas, including, but not limited to, motions to quash.

1
2  This stipulation only applies to subscribers of Comcast. All other IP Addresses issued by other
3  Internet Service Providers listed on Exhibit A of the Complaint (DKT#1 at 13) shall only receive the
4
5  time frame allotted in the Order (i.e. 15 days).  Plaintiff requests that the Court acknowledge this
6  stipulation by signing the (proposed) order below.
7
8                                                             Respectfully Submitted,
9
10 **DATED: June 7, 2011**
11
12                                                     By:      /s/  Brett L. Gibbs, Esq.
13                                                             Brett L. Gibbs, Esq. (SBN 251000)
                                                                Steele Hansmeier PLLC.
                                                                38 Miller Avenue, #263
14                                                              Mill Valley, CA 94941
                                                                blgibbs@wefightpiracy.com
15
16                                                             *Attorney for Plaintiff*
17
18                                              **<u>ORDER</u>**
19         PURSUANT TO STIPULATION, IT IS SO ORDERED.
20         Dated:  June 8, 2011                         _____
21                                                     UNITED STATES DISTRICT COURT JUDGE
22
23
24
25
26
27
28