*E-Filed 9/9/11*

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOY RACER, INC., ) | No. C-11-02534 RS |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR |
| DOES 1-73, ) | LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On September 8, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for September 29, 2011, is continued to **Thursday, January 5, 2012** ~~2011~~**, at 10:00 a.m. on the 17th Floor in Courtroom 3 of the San Francisco Federal Court.**

DATED: 9/9/11

_____
United States District Court Judge
Richard Seeborg