**\*\*E-filed 10/14/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BOY RACER, INC.,

       Plaintiff,

  v.

DOES 1-73,

       Defendants.

_____/

No. C 11-2534 RS

**ORDER TO SHOW CAUSE AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE**

Upon review, it appears that joinder of defendants Does 1-73 in this action is improper. *See Diabolic Video Productions, Inc. v. Does 1-2099*, No. 10–CV–5865–PSG, 2011 WL 3100404 (N.D. Cal. May 31, 2011). Accordingly, within 20 days of the date of this order, plaintiff shall file a brief, not to exceed 15 pages, setting forth cause, if any it has, why defendants Does 1-73 should not be dismissed without prejudice. Two motions to quash have been filed, but neither has been properly noticed. The parties should be aware that these motions are deemed not pending until noticed pursuant to the Court's Local Rules.

IT IS SO ORDERED.

Dated: 10/14/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE