Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOY RACER, INC., ) | **No. C-11-02534 RS** |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL OF ACTION WITHOUT** |
| ) | **PREJUDICE** |
| DOES 1-73, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff greatly appreciates the Court's work with regard to this case.

///

///

///

1    Respectfully Submitted,

2                                              PRENDA LAW INC.,

3    **DATED: December 9, 2011**

4                                    By:      ___/s/  Brett L. Gibbs, Esq._____

5
                                             Brett L. Gibbs, Esq. (SBN 251000)
6                                            Prenda Law Inc.
                                             38 Miller Avenue, #263
7                                            Mill Valley, CA 94941
                                             blgibbs@wefightpiracy.com
8                                            *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on December 9, 2011, all individuals of record who are
deemed to have consented to electronic service are being served a true and correct copy of the
foregoing document, and all attachments and related documents, using the Court's ECF system, in
compliance with Local Rule 5-6 and General Order 45.

3

4

5

6

/s/  Brett L. Gibbs_____
Brett L. Gibbs, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28